# Court of Appeals
# of the State of Georgia

ATLANTA,   April 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0158. CHERYL CHAMBERS v. DOCO REGIONAL FEDERAL CREDIT UNION.**

DOCO Regional Federal Credit Union filed a quiet title action against Cheryl Chambers and a number of other individuals and companies. DOCO claimed it is the rightful owner of a tract of real property located in Crisp County, Georgia. Chambers filed a plea in abatement and motion to dismiss, which the trial court denied. Chambers then filed an application for interlocutory appeal in this Court.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases that involve title to land. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Because this application involves title to land, jurisdiction over it appears to lie in the Supreme Court. See id. Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/08/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*